CV '06 1676 PHX SMM    ORIGINAL

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com
Sean A. Kading (State Bar No. 211540)
s.kading@mpglaw.com

Attorneys for Trans Union LLC



FILED
JUN 28 2006
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. SA CV06-450 CJC (ANx)<br><br>Complaint Filed: May 8, 2006<br><br>**STIPULATION TRANSFERRING VENUE TO THE DISTRICT OF ARIZONA AND [PROPOSED] ORDER THEREON** |

Plaintiff Carmen Garcia ("Plaintiff"), on the one hand, and Defendant Trans Union, LLC ("Trans Union), on the other hand, through their counsel of record, hereby stipulate as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



I hereby attest and certify on 6/29/06 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK                1131

DOCKETED ON CM
JUN 29 2006
BY _____ 024

484007.1

6

1  WHEREAS, on May 8, 2006, Plaintiff filed this action in the United
2  States District Court for the Central District of California;
3  WHEREAS Plaintiff is a resident of the District of Arizona;
4  WHEREAS, under 28 U.S.C. § 1391, this action could have been
5  brought in the United States District Court for the District of Arizona when it was
6  originally filed;
7  WHEREAS, under 28 U.S.C. § 1404(a), this Court has the authority to
8  transfer this action "for the convenience of the parties and witnesses . . . to any other
9  district or division where it might have been brought."
10  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE that this
11  action may be transferred from the United States District Court for the Central
12  District of California to the United States District Court for the District of Arizona.
13
14
15  DATED: June 26, 2006            KROHN and MOSS
16
17                                  By: _____
18                                  Stephanie R. Gast
                                    Attorneys for Plaintiff
19                                  Carmen Garcia
20  DATED: June 27, 2006            MUSICK, PEELER & GARRETT LLP
21
22                                  By: _____
23                                  Donald E. Bradley
                                    Sean A. Kading
24                                  Attorneys for Defendant
                                    Trans Union LLC
25
26
27
28

## O R D E R

Having read and considered the parties' Stipulation and GOOD CAUSE appearing therefor,

**IT IS SO ORDERED** and this action shall be transferred from the United States District Court for the Central District of California to the United States District Court for the District of Arizona.

DATED: June 28, 2006    By: _____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

484007.1

3

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On June 27, 2006e foregoing document(s) described as **STIPULATION TRANSFERRING VENUE TO THE DISTRICT OF ARIZONA AND [PROPOSED] ORDER THEREON** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

484007.1

4

|   |   |   |
|---|---|---|
| ☐ | **(State)** | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| ☒ | **(Federal)** | I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on June 27, 2006 at Costa Mesa, California.

*Wendy DeBoer* (signature)

Wendy DeBoer

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

484007.1

5

# SERVICE LIST

Stephanie R. Gast
KROHN and MOSS
5055 Wilshire Boulevard
Suite 300
Los Angeles, CA 90036
Attorneys for Plaintiff, CARMEN GARCIA
Phone: (323) 988-2400
Fax: (866) 431-5575
sgast@consumerlawcenter.com