**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARMEN GARCIA, ) | No. CV 06-1676-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| TRANS UNION, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Plaintiff has filed a Declaration [Doc. 22] with the Court, seeking permission to substitute non-trial counsel to appear on behalf of Plaintiff at the Preliminary Pretrial Conference before this Court on January 16, 2007.

While the reasons for the request are understandable, counsel used an inappropriate vehicle to bring the matter to the Court's attention. Declarations are made in support of a motion, but, under the rules of procedure, do not substitute for a motion. Moreover, counsel does not explain why she can not appear by telephone along with other counsel, who have properly been admitted to represent the Plaintiff in this case. Regretfully,

Because the Declaration [Doc. 22] is not a proper moving document,

**IT IS ORDERED** striking the Declaration with leave to file a motion.

DATED this 20th day of December, 2006.

Stephen M. McNamee
United States District Judge