**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carmen Garcia,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Trans Union LLC,<br><br>　　　　　Defendant. | No. CV-06-1676-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Allow Counsel to Appear Telephonically or, in the alternative, to Allow a Non-Attorney of Record to Appear at the Preliminary Pretrial Conference scheduled for January 16, 2007. (Dkt. 26.) Although the reasons for Plaintiff counsel's request constitute good cause for counsel to appear telephonically, counsel fails to explain why an attorney who has properly been admitted to represent the Plaintiff and is familiar with the instant case, such as a different attorney from the law firm of Krohn & Moss, cannot appear at the January 16, 2007 Preliminary Pretrial Conference if counsel Basola is hospitalized at the time of the Conference. Accordingly,

**IT IS HEREBY ORDERED GRANTING**, in part, **AND DENYING**, in part Plaintiff's Motion to Allow Counsel to Appear Telephonically or, in the alternative, to Allow a Non-Attorney of Record to Appear at the Preliminary Pretrial Conference scheduled for January 16, 2007. (Dkt. 26.)

**IT IS FURTHER ORDERED** that Plaintiff's counsel, Jennifer Basola, may appear telephonically at the Preliminary Pretrial Conference scheduled for 2:00 p.m. on January 16,

1  2007.  Ms. Basola shall telephone the Court on one clear line at 602-322-7555 at 1:55 p.m.
2  on January 16, 2007.

3  **IT IS FURTHER ORDERED** that, if Ms. Basola is hospitalized at the time of the
4  Preliminary Pretrial Conference, an attorney **who has properly been admitted to represent**
5  **Plaintiff and is familiar with the instant case** may appear at the Preliminary Pretrial
6  Conference on January 16, 2007 at 2:00 p.m.

7  **IT IS FURTHER ORDERED** that, as stated in the Preliminary Pretrial Conference
8  Order issued on October 5, 2006 (dkt. 14), Plaintiff Carmen Garcia shall appear at the
9  Preliminary Pretrial Conference.

10  DATED this 8th day of January, 2007.

Stephen M. McNamee
United States District Judge

- 2 -