**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carmen Garcia,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Trans Union LLC,<br><br>　　　　Defendant. | No. CV-06-1676-PHX-SMM<br><br>**ORDER** |

On October 5, 2006, this Court issued an Order Setting Rule 16 Preliminary Pretrial Conference to counsel for Plaintiff, Jennifer Basola, and counsel for Defendant, Donald Bradley. (Dkt. 14.) This Order expressly provided that a Preliminary Pretrial Conference was scheduled to take place on December 4, 2006 at 10:00 a.m. (Id.)

On December 4, 2006, Donald Bradley and Philip Wooten, counsel for Defendant Trans Union LLC, appeared for the Court-ordered Pretrial Conference, as did Patricia Norris, Trans Union's client representative. In contravention of the clear and unambiguous language of this Court's order setting the Preliminary Pretrial Conference (see dkt. 14 at ¶¶ 1-2), counsel of record for Plaintiff, Jennifer Basola of the law firm Krohn & Moss Ltd., did not appear at the Preliminary Pretrial Conference. Similarly, in violation of this Court's order to appear, neither Plaintiff Carmen Garcia nor a representative of Plaintiff Garcia appeared at the Preliminary Pretrial Conference. See id. As a result of Ms. Basola's and Plaintiff Garcia's violation of this Court's Order Setting Pretrial Conference, (i) sanctions were issued against Ms. Basola and Plaintiff Garcia; (ii) the December 4, 2006 Pretrial

1 Conference was cancelled, and (iii) a new Pretrial Conference was scheduled to take place
2 on January 16, 2007 at 2:00 p.m. See dkt. 18. Ms. Norris was given permission to attend the
3 January 16, 2007 Pretrial Conference via telephone. (Id.)

4 On January 5, 2007, Ms. Basola filed a Motion to Allow Counsel to Appear
5 Telephonically or, in the alternative, to Allow a Non-Attorney of Record to Appear at the
6 Preliminary Pretrial Conference scheduled for January 16, 2007 (the "Motion to Appear
7 Telephonically"). (Dkt. 26.) On January 8, 2007, the Court granted the Motion to Appear
8 Telephonically in part, specifically ordering Ms. Basola to call the Court at 1:55 p.m. on
9 January 16, 2007.   (Dkt. 28.)  In addition, the Court ordered that, if Ms. Basola is
10 hospitalized at the time of the Preliminary Pretrial Conference, "an attorney **who has**
11 **properly been admitted to represent Plaintiff and is familiar with the instant case** may
12 appear at the Preliminary Pretrial Conference on January 16, 2007 at 2:00 p.m." (Id.,
13 emphasis in original.)

14 At 2:00 p.m. on January 16, 2007, Donald Bradley, counsel for Defendant Trans
15 Union, appeared for the Court-ordered Pretrial Conference, as did Plaintiff Garcia. Patricia
16 Norris, Trans Union's client representative, appeared telephonically.   Neither Ms. Basola
17 nor any other attorney appeared in person or by telephone on behalf of Plaintiff Garcia. At
18 approximately 2:10 p.m., the Court telephoned Krohn & Moss in an attempt to speak with
19 Ms. Basola. Although Ms. Basola was not at Krohn & Moss, a representative from the law
20 firm located her at approximately 2:50 p.m.

21 Appearing telephonically, Ms. Basola represented to the Court that she was on
22 maternity leave and had arranged for another attorney to appear at the January 16 conference
23 on Plaintiff Garcia's behalf. Ms. Basola further represented that such attorney failed to
24 appear because the Court did not timely process her Motion for Admission *pro hac vice*. The
25 Court investigated this assertion and found that no such Motion has been filed.

26 The Court asked Ms. Basola to explain the significance of a letter Trans Union sent
27 to Plaintiff Garcia in January 2006, in response to a letter Plaintiff sent to Trans Union

28

- 2 -

1 regarding her credit report.  Ms. Basola stated that she had not seen such a letter.  Counsel
2 for TransUnion stated that the letter was included in Trans Union's initial disclosures,
3 produced "months ago."  At the request of the Court, counsel for Trans Union agreed to send
4 Krohn & Moss an additional copy of Plaintiff's letter to Trans Union and Trans Union's
5 January 2006 response to Plaintiff (collectively, the "Correspondence").  Ms. Basola
6 represented that she would be on maternity leave until April 2007, but that she would make
7 certain an attorney from Krohn & Moss (i) filed a Motion for Admission *pro hac vice*; (ii)
8 reviewed the Correspondence to be sent by counsel for Trans Union; and (iii) appeared on
9 February 20, 2007 at 4:00 p.m. in order to discuss the Correspondence and the Proposed
10 Scheduling Order filed by the parties on November 27, 2006.  Accordingly,

11 **IT IS HEREBY ORDERED** that, no later than January 19, 2007, an attorney from
12 Krohn & Moss Ltd. shall file a Motion for Admission *pro hac vice*.

13 **IT IS FURTHER ORDERED** that, no later than January 24, 2007, counsel for Trans
14 Union shall send to Krohn & Moss Ltd. a copy of the letter Plaintiff Garcia sent to Trans
15 Union and Trans Union's January 2006 response to Plaintiff Garcia.  Both documents shall
16 be sent to the attention of the attorney from Krohn & Moss who files a Motion for Admission
17 *pro hac vice*.

18 **IT IS FURTHER ORDERED** that a Preliminary Pretrial Conference is scheduled
19 to take place in Courtroom 605, 401 W. Washington Street, Phoenix, Arizona, on Tuesday,
20 February 20, 2007 at 4:00 p.m.  With the exception of the time and date change, the
21 provisions of this Court's Order of October 5, 2006 shall remain binding on both parties and
22 their counsel.  <u>See</u> Dkt. 14.  In addition, all counsel shall be prepared to address the
23 significance, if any, of the letter Plaintiff Garcia sent to Trans Union and Trans Union's
24 January 2006 response to Plaintiff Garcia.

25 / / /
26 / / /
27 / / /
28

- 3 -

**IT IS FURTHER ORDERED** that Patricia Norris, client representative for Defendant Trans Union, may appear telephonically at the Rule 16 Preliminary Pretrial Conference scheduled to take place on February 20, 2007 at 4:00 p.m. Ms. Norris shall call the Court on one clear telephone line on February 20, 2007 at 3:55 p.m. at 602-322-7555.

**IT IS FURTHER ORDERED** that Plaintiff Carmen Garcia may appear telephonically at the Rule 16 Preliminary Pretrial Conference scheduled to take place on February 20, 2007 at 4:00 p.m. The Court is unable to coordinate conference calls. Therefore, if Plaintiff wishes to appear telephonically, she shall inform her attorney of her intention to do so. Her attorney shall coordinate with counsel for Trans Union so that Plaintiff and Ms. Norris can telephone the Court <u>on one clear telephone line</u> on February 20, 2007 at 3:55 p.m. at 602-322-7555.

DATED this 16th day of January, 2007.

_____
Stephen M. McNamee
United States District Judge

- 4 -