Todd M. Friedman, Esq. - State Bar #216752
Jennifer L. Basola, Esq. – State Bar #231538
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles California 90036
(323) 988-2400
*TFriedman@consumerlawcenter.com*
JBasola@consumerlawcenter.com

Attorney for Plaintiff, Carmen Garcia

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ARIZONA

| | |
|---|---|
| CARMEN GARCIA, | ) Case No. SA CV 06-1676 PHX-SMM |
| Plaintiff, | ) **STIPULATION TO DISMISS CASE** |
| vs. | ) **WITH PREJUDICE** |
| TRANS UNION, LLC, | ) |
| Defendant. | ) |

It is hereby stipulated and agreed by and between the parties, that said action against TRANS UNION, LLC be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

1

STIPULATION TO DISMISS

1 | Respectfully submitted this 15th day of February, 2007.

By: s/Todd Friedman
TODD FRIEDMAN, Attorney for
Plaintiff, CARMEN GARCIA

By: s/Donald Bradley
DONALD BRADLEY, Attorney for
Defendant, TRANS UNION, LLC

Filed electronically on this 15th day of February, 2007, with:
United States District Court CM/ECF system

STIPULATION TO DISMISS

Todd M. Friedman, Esq. - State Bar #216752
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles California 90036
(323) 988-2400
*TFriedman@consumerlawcenter.com*

Attorney for Plaintiff, Carmen Garcia

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ARIZONA

| | |
|---|---|
| CARMEN GARCIA, | Case No. SA CV 06-1676 PHX-SMM |
| Plaintiff, | **ORDER FOR STIPULATION TO DISMISS TRANS UNION, LLC WITH PREJUDICE** |
| vs. | |
| TRANS UNION, LLC, | |
| Defendant. | |

**ORDER FOR STIPULATION TO DISMISS TRANS UNION, LLC WITH PREJUDICE**

Plaintiff, CARMEN GARCIA's, Stipulation To Dismiss TRANS UNION, LLC with Prejudice is found well taken and is hereby granted.

For good cause shown, it is ordered that this Court grant Plaintiff's Stipulation To Dismiss TRANS UNION, LLC, With Prejudice.

Dated: _____          _____
                                        The Honorable Stephen McNamee
                                        United States District Court Judge

3

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 5055 Wilshire Boulevard, Suite 300, Los Angeles, California 90036. On February 15, 2007, I served the foregoing document(s) described as **STIPULATION TO DISMISS CASE WITH PREJUDICE,** on all parties herein in this action as follows:

____   **By FAX transmission**

_X_   **By placing** _____ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

_X_   **BY MAIL:**

  ____ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

  _X_ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

____   **BY PERSONAL SERVICE** -- I caused such envelope to be delivered by hand to the offices of the addressee. **Proof of Service** to be filed.

____(State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ **(Federal)** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

EDDIE REIGNS
Name of Declarant

Signature of Declarant

# SERVICE LIST

Hon. Stephen McNamee
US District Court, District of Arizona
Sandra Day O'Connor U.S. Courthouse, Suite 625
401 West Washington, SPC 60
Phoenix AZ 85003

Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa CA 92626

Philip R. Wooten
Attorney at Law
3413 East Equestrian Trail
Phoenix AZ 85044-3403