IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Carmen Garcia, | ) | No. CIV-06-1676-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Trans Union LLC, | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 34]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 34] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in ths matter are hereby **VACATED**.

DATED this 16th day of February, 2007.

Stephen M. McNamee
United States District Judge